# RUBENSTEIN BUSINESS LAW

30 S. Wacker Drive., 22nd Flr.
Chicago, IL 60606
Ph: 312-466-5612
Fax: 312-466-5601
Email: Drubenstein@RubensteinBusinessLaw.com
Website: www.RubensteinBusinessLaw.com

July 20, 2016

Honorable Matthew F. Kennelly
United States District Court
219 S. Dearborn Street, Room 219
Chicago, IL 60604

**Re:** **Cobbler Nevada, LLC v. Lewis, et al**, **Docket 1:15-cv-07536**

Dear Judge Kennelly:

We represent Tiffany Lewis in the above matter, previously referred to in the Complaint as DOE No. 2.

I apologize for not appearing at the Court's Conference on June 15, 2016. We filed Ms. Lewis' Answer to the Amended Complaint on June 11, 2016, and I did not receive any notice of an upcoming Conference scheduled for June 15, 2016. I was unaware that a Court Conference was taking place that day and apologize for any hardship resulting to the Court or opposing counsel.

I am in receipt of the notice advising of the Conference scheduled for August 9, 2016 at 9:30 am, and will appear on that date before the Court.

Thank you for your courtesies.

Very truly yours,

*David Rubenstein*