IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COBBLER NEVADA, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 15-cv-7536 |
| | ) |
| v. | ) |
| | ) Judge Matthew F. Kennelly |
| TIFFANY LEWIS, DONALD GRIFFITH and WILLIAM ESTRADA, | ) ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TIFFANY LEWIS

Plaintiff, Cobbler Nevada, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Defendant Tiffany Lewis, Internet Protocol addresses 71.239.101.2 (formerly Doe No. 2). Each party shall bear its own attorney's fees and costs.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Respectfully submitted,

Dated: January 30, 2017          COBBLER NEVADA, LLC

                          By:    s/Michael A. Hierl
                                Michael A. Hierl (Bar No. 3128021)
                                Hughes Socol Piers Resnick & Dym, Ltd.
                                Three First National Plaza
                                70 W. Madison Street, Suite 4000
                                Chicago, Illinois 60602
                                (312) 580-0100 Telephone
                                (312) 580-1994 Facsimile
                                mhierl@hsplegal.com

                                Attorneys for Plaintiff
                                Cobbler Nevada, LLC

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Defendant Tiffany Lewis was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 30, 2017.

                                                                            s/Michael A. Hierl